**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Samuel Alejandro Amador Moran,<br><br>Petitioner<br>v.<br><br>John Mattos, et al.,<br><br>Respondents | Case No.: 2:26-cv-02631-JAD-NJK<br><br>**Order Granting Habeas Petition as Unopposed**<br><br>[ECF No. 10] |

Petitioner Samuel Alejandro Amador Moran seeks release from immigration custody, contending that he is being subjected to prolonged detention in violation of the principles articulated in *Zadvydas v. Davis*.[1] I granted the federal respondents an extension of time to file a response to Moran's habeas petition, but that deadline passed without respondents filing a response or an extension of time to file one.[2] The respondents' failure to respond constitutes a concession that Moran's motion should be granted.[3] So I grant the petition and order that Moran be released.

**Conclusion**

IT IS HEREBY ORDERED that the **Clerk of Court is directed to correct the caption** to reflect that petitioner's name is "Samuel Alejandro Amador Moran."

IT IS FURTHER ORDERED that Samuel Alejandro Amador Moran's amended habeas petition **[ECF No. 10] is GRANTED. Petitioner Samuel Alejandro Amador Moran must be released from detention within four days of this order.**

---

[1] *Zadvydas v. Davis*, 533 U.S. 678 (2001).

[2] *See* ECF Nos. 12, 14, 15.

[3] *See Rodriguez v Mullin*, 2026 WL 895685, at *4 (D. Nev. Apr. 1, 2026) (citing *United States v. Dreyer*, 804 F.3d 1266, 1277 (9th Cir. 2015) (en banc)).

IT IS FURTHER ORDERED that respondents must file and serve on defense counsel:

(1) notice of the date, time, and location of Moran's release at least 24 hours before the release is set to occur; and

(2) within five days of this order, notice that Moran's release was effectuated.

IT IS FURTHER ORDERED that counsel for respondents is directed to immediately provide notice of this order to the restrained parties they represent.

The Clerk of Court is directed to SEND a copy of this order to the Warden of the Nevada Southern Detention Center in Pahrump, Nevada and CLOSE THIS CASE.

U.S. District Judge Jennifer A. Dorsey
September 29, 2026